UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NENG POR YANG,                                             CIVIL NO. 07-93 (PAM/JSM)

    Plaintiff,

v.                                                                             ORDER

MR. BEE YANG,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 24, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

    IT IS HEREBY ORDERED:

    1.    Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), be DENIED; and

    2.    This action be summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: February 14, 2007

                                                      s/ Paul A. Magnuson
                                                      PAUL A. MAGNUSON
                                                      United States District Judge